UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN BAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:21–cv–0500–KJN<br><br>ORDER DIRECTING E-SERVICE |

On March 18, 2021, the court granted plaintiff leave to proceed in forma pauperis and ordered the U.S. Marshal to serve process on the Commissioner without payment of fees upon receiving the required service documents from plaintiff. (ECF No. 3.) Plaintiff notified the court that the service documents were sent to the U.S. Marshal (ECF No. 6), but a recent informal inquiry to the Marshal's office revealed that there was some confusion and delay by the Marshal in delivering the documents to the necessary parties. Rather than continuing to await proof of traditional service in this case, the court now orders that service be executed via the court's recently adopted e-service procedure for Social Security cases.[1]

///

///

---

[1] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

1

Accordingly, IT IS HEREBY ORDERED that:

1. Service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows. The Clerk of Court shall forthwith deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint (ECF Nos. 1 & 4). The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

2. As previously stated in the IFP order, <u>after e-service of the complaint, this action will remain STAYED pursuant to General Order Number 615</u>, and there will be no scheduling order or deadlines in effect pending further order of the court. <u>See</u> E.D. Cal. G.O. No. 615, Paragraphs 6, 10.

Dated: July 12, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bail.0500